IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-17),<br><br>             Plaintiff(s),<br><br>    vs.<br><br>MARCELINO M. AQUINO, et al.,<br><br>             Defendant(s).<br>_____ | CIV. NO. 19-00134 JMS-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR REMAND |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR REMAND

Findings and Recommendation having been filed and served on all parties on June 24, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

///

///

///

///

///

///

Recommendation To Grant Plaintiff's Motion For Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 13, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Bank of N.Y. Mellon vs. Aquino, et al.*; Civ. No. 19-00134 JMS-WRP; Findings and Recommendation to Grant Plaintiff's Motion for Remand